# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0844**

Brian H. Ritter v. State of Alabama (Appeal from Lee Circuit Court: CC-23-76.70, CC-24-286.70, CC-24-287.70, CC-24-288.70, and CC-24-289.70)

## <u>NOTICE</u>

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk